## CITYTRUST *v.* LEON E. COOPER ET AL.
### (AC 15923)

Lavery, Heiman and Hennessy, Js.

Submitted on briefs March 24—officially released May 6, 1997

Per Curiam. The judgment is affirmed.

## JERALD S. BARBER *v.* JOHN DESTEFANO, JR., ET AL.
### (AC 16353)

Landau, Schaller and Spear, Js.

Argued March 19—officially released May 6, 1997

Per Curiam. The judgment is affirmed.

## HERBERT K. GLENN *v.* GLENN FENCE COMPANY ET AL.
### (AC 16047)

Landau, Schaller and Thim, Js.

Argued March 20—officially released May 6, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.